Christopher Newton
QUEENS LEGAL SERVICES
*Attorneys for Defendant Frances Ramos*
89-00 Sutphin Blvd, 5th Floor
Jamaica, NY 11435
(347) 592-2200 (main phone)
(347) 592-2251 (direct phone)
cnewton@lsnyc.org

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

AVAIL HOLDING LLC,

                       *Plaintiff*,

   -against-

FRANCES RAMOS; COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK SOCIAL
SERVICES DISTRICT; CREDIT ACCEPTANCE
CORPORATION; CITY OF NEW YORK
ENVIRONMENTAL CONTROL BOARD, NEW YORK
CITY TRANSIT ADJUDICATION BUREAU;

                       *Defendants*.

-------------------------------------------------------------------x

Civil Action No:
19-cv-00117 (BMC)

Notice of Motion

PLEASE TAKE NOTICE, that upon Plaintiff's verified complaint, Defendant Frances Ramos' verified answer with counterclaims, Plaintiff's verified answer to Defendant's counterclaims, the Affidavit of Frances Ramos sworn to on June 3, 2019, the declaration of Christopher Newton dated June 4, 2019, the accompanying exhibits and memorandum of law, and all prior proceedings herein, Defendant Frances Ramos will move this Court before the Honorable Brian M. Cogan, U.S.D.J., at the United States Courthouse for the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201 for an order:

1. Granting Defendant summary judgment dismissing the verified complaint as barred by the statute of limitations;

2. Granting Defendant summary judgment on her counterclaim pursuant to N.Y. R.P.A.P.L. § 1501(4), and cancelling and discharging of record the mortgage that is the subject of this action;

3. Granting Defendant summary judgment on her counterclaim pursuant to N.Y. R.P.L. § 282, and awarding reasonable attorneys' fees in an amount to be determined upon application; and

4. For such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to a scheduling order issued by the Court, Plaintiff's opposition, if any, is due no later than June 18, 2019.

PLEASE TAKE FURTHER NOTICE that Defendant does not request oral argument on this matter.

Dated: June 4, 2019
      Jamaica, New York

                          _____/s/_____
QUEENS LEGAL SERVICES
By: Christopher Newton
*Attorneys for Defendant Frances Ramos*
89-00 Sutphin Blvd, 5th Floor
Jamaica, NY 11435
(347) 592-2200 (main phone)
(347) 592-2251 (direct phone)
cnewton@lsnyc.org