# Exhibit A

| Time Entries for Frances Ramos, QLS Case ID 19-1894453 | | | |
|---|---|---|---|
| **Date of Service** | **Caseworker** | **Activity Details** | **Time Spent** |
| 12/04/2019 | Christopher R. Newton | SJ decision | 0.5 |
| 07/08/2019 | Christopher R. Newton | finalize and e-file Reply MOL | 1.8 |
| 06/27/2019 | Christopher R. Newton | research cases in P's opp to MSJ | 1.2 |
| 06/26/2019 | Christopher R. Newton | MSJ- review P's opp, disc argument with JI | 1 |
| 06/04/2019 | Christopher R. Newton | edit and file MSJ | 3.5 |
| 06/04/2019 | Christopher R. Newton | drafting- rule 56 statement | 0.5 |
| 06/03/2019 | Christopher R. Newton | client meeting | 0.5 |
| 06/03/2019 | Christopher R. Newton | edits/research to Memo of Law | 2.4 |
| 05/31/2019 | Christopher R. Newton | t/c to cl | 0.3 |
| 05/31/2019 | Christopher R. Newton | draft, edit and file ltr motion to Court asking to vacate order dismissing SOL defense | 1.4 |
| 05/30/2019 | Christopher R. Newton | reseach and drafting- MOL for MSJ | 2.6 |
| 05/29/2019 | Christopher R. Newton | review disc response from Plaintiff | 0.5 |
| 05/13/2019 | Christopher R. Newton | t/c with OC | 0.2 |
| 05/13/2019 | Christopher R. Newton | cl meeting | 0.2 |
| 05/02/2019 | Christopher R. Newton | t/c to cl | 0.3 |
| 04/19/2019 | Christopher R. Newton | MSJ- Preliminary draft | 2.5 |
| 04/16/2019 | Christopher R. Newton | initial conference, plus travel to office from EDNY | 2.4 |
| 04/15/2019 | Christopher R. Newton | drafting-discovery demands | 0.6 |
| 04/15/2019 | Christopher R. Newton | prep for initial conference | 0.4 |
| 04/11/2019 | Christopher R. Newton | finalize and e-file joint letter & discovery schedule | 1.5 |
| 04/10/2019 | Christopher R. Newton | edits to pre-conf letter | 0.4 |
| 04/10/2019 | Christopher R. Newton | email to OC-looming deadline for pre-conference letter | 0.3 |
| 04/04/2019 | Christopher R. Newton | pre-conference letter- draft, email to OC for comments | 2.1 |
| 04/02/2019 | Christopher R. Newton | initial disclosure | 1.2 |
| 03/27/2019 | Christopher R. Newton | scan & upload answer | 0.3 |
| 03/27/2019 | Christopher R. Newton | cl meeting | 1 |
| 03/25/2019 | Christopher R. Newton | edits to Answer | 0.5 |
| 03/25/2019 | Christopher R. Newton | notice of appearance-draft & e-file | 0.4 |
| 03/25/2019 | Christopher R. Newton | t/c from OC | 0.1 |
| 03/22/2019 | Christopher R. Newton | drafting answer with counterclaims | 1.7 |
| 03/21/2019 | Christopher R. Newton | case discussion with JI, fact research | 1 |
| 03/21/2019 | Christopher R. Newton | t/c to OC- left VM for Alan Smikun | 0.1 |
| 03/20/2019 | Christopher R. Newton | intake meeting with client | 1.3 |
| | | **TOTAL** | **34.7** |