# Exhibit B



## Queens Legal Services Attorney's Fees Policy

This is the attorney's fees policy of Queens Legal Services for any cases involving fee shifting.

The hourly rates are as follows:

| Position | Hourly Rate |
|---|---|

*Attorney's years of experience*

| | |
|---|---|
| Two or fewer | $250.00 |
| Three to four | $300.00 |
| Five to seven | $350.00 |
| Eight to eleven | $425.00 |
| Twelve to eighteen | $500.00 |
| Nineteen or more | $500.00 |

*Other Staff*

| | |
|---|---|
| Clerical tasks | $100.00 |
| Paralegal | $150.00 |
| Law Graduate | $200.00 |

These rates are based on a review of hourly rates currently charged by attorneys in New York City and a review of court decisions in cases involving fee shifting.

These rates apply to cases arising in state court and federal cases in both the Southern and Eastern Districts.

*[signature]*

Doreen Odom, Esq.
Acting Project Director

---

**Queens Legal Services** | 89-00 Sutphin Boulevard, Jamaica, NY 11435
Phone: 347-592-2200 | www.LegalServicesNYC.org
**Doreen Odom**, Acting Project Director | **Mark A. Robertson**, Board Chair

