## Stim & Warmuth, P.C.
### Attorneys at Law
2 EIGHTH STREET
Farmingville, New York 11738
www.stim-warmuth.com

PAULA J. WARMUTH
GLENN P. WARMUTH

JOSEPH D. STIM (1949-2003)

TELEPHONE 631-732-2000
FAX 631-732-2662

December 30, 2019

Hon. Brian M. Cogan - VIA CM/ECF
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Avail Holding LLC - Ramos
    Docket No. 19-cv-00117

Dear Judge Cogan:

My firm represents the plaintiff-appellant, Avail Holding LLC, on Avail's appeal from the judgment entered in this matter. Avail seeks to post a bond in order to stay the enforcement of the judgment as well as defendant's motion for attorney's fees, pending the appeal. I conferred with defendant's attorney, Christopher Newton, Esq. and suggested that a bond of $40,000 would be more than enough to cover any attorney's fees currently owed as well as any attorney's fees that could potentially be owed as a result of the appeal. Mr. Newton told me that I could represent to this court that he did not intend to oppose this application.

If necessary, plaintiff is prepared to file a motion seeking relief pursuant to FRCP 62(b) and/or 62(d), and hereby seeks permission to make such a motion. However, as there is general agreement on the matter, it is respectfully requested that the court issue an order, in the form of the order annexed.

Very truly yours,

GLENN P. WARMUTH/swi
cc: Christopher Newton, Esq. (via CM/ECF)
    Alan H. Weinreb, Esq. (via CM/ECF)
avai-03