UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x Civil Action No.
AVAIL HOLDING LLC,                     19-cv-00117(BMC)

**ORDER**

       Plaintiff,

       -against-

FRANCES RAMOS, COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK SOCIAL
SERVICES DISTRICT, CREDIT ACCEPTANCE
CORPORATION, CITY OF NEW YORK,
ENVIRONMENTAL CONTROL BOARD, NEW YORK
CITY TRANSIT ADJUDICATION BUREAU,

               Defendants.
----------------------------------x

      UPON the letter application by plaintiff dated December 30, 2019, and there being no opposition, it is hereby:

      ORDERED that upon the posting of a bond by the plaintiff in the sum of $40,000.00, the enforcement of the December 5, 2019 judgment and the defendant's motion for attorney's fees are stayed, pending the determination of plaintiff's appeal of the judgment.

**SO ORDERED.**

_____
HON. BRIAN M. COGAN, U.S.D.J.

Dated: Brooklyn, New York
      December __30__, 2019