# Exhibit C

| Date of Service | Caseworker | Activity Details | Time Spent | Rate | Billed |
|---|---|---|---|---|---|
| 09/10/2020 | Christopher R. Newton | draft ltr motion re stay | 0.7 | $350.00 | $245.00 |
| 09/10/2020 | Christopher R. Newton | t/c to cl | 0.3 | $350.00 | $105.00 |
| 09/10/2020 | Christopher R. Newton | 2d Circuit decision-receive and circulate | 0.2 | $350.00 | $70.00 |
| 08/27/2020 | Christopher R. Newton | oral argument | 2.3 | $350.00 | $805.00 |
| 08/26/2020 | Christopher R. Newton | listen to 2d Cir arguments w/ my panel | 1.5 | $350.00 | $525.00 |
| 08/26/2020 | Christopher R. Newton | second mini moot | 1.2 | $350.00 | $420.00 |
| 08/26/2020 | Veronica J Cook | second mini moot | 0.5 | $500.00 | $250.00 |
| 08/24/2020 | Christopher R. Newton | oral argument prep | 1.2 | $350.00 | $420.00 |
| 08/21/2020 | Franklin H. Romeo | moot | 2.5 | $500.00 | $1,250.00 |
| 08/21/2020 | Christopher D Lamb | moot | 1.2 | $500.00 | $600.00 |
| 08/21/2020 | Christopher D Lamb | prep for moot | 0.3 | $500.00 | $150.00 |
| 08/21/2020 | Christopher R. Newton | moot | 2.6 | $350.00 | $910.00 |
| 08/21/2020 | Veronica J Cook | Moot | 1.2 | $500.00 | $600.00 |
| 08/21/2020 | Edward Josephson | moot and prep | 2 | $500.00 | $1,000.00 |
| 08/20/2020 | Christopher D Lamb | prep for moot | 0.8 | $500.00 | $400.00 |
| 08/20/2020 | Christopher R. Newton | listen to recent 2d circuit arguments with different panel members | 1.6 | $350.00 | $560.00 |
| 08/20/2020 | Christopher R. Newton | oral argument prep | 4.5 | $350.00 | $1,575.00 |
| 08/19/2020 | Christopher R. Newton | oral argument prep | 2.3 | $350.00 | $805.00 |
| 08/18/2020 | Franklin H. Romeo | moot prep | 1.5 | $500.00 | $750.00 |
| 08/18/2020 | Christopher R. Newton | prep for oral argument | 4 | $350.00 | $1,400.00 |
| 08/17/2020 | Christopher R. Newton | Rule 28j letter- draft and file | 1.4 | $350.00 | $490.00 |
| 07/20/2020 | Christopher R. Newton | call from Circuit Ct clerk-need to file hard copy of brief if haven't already | 0.1 | $350.00 | $35.00 |
| 07/14/2020 | Christopher R. Newton | t/c from cl | 0.2 | $350.00 | $70.00 |
| 07/06/2020 | Christopher R. Newton | hard-copies of briefs: assemble and mail | 1 | $100.00 | $100.00 |
| 06/23/2020 | Christopher R. Newton | Research remote oral arguments | 2 | $350.00 | $700.00 |
| 06/23/2020 | Christopher R. Newton | oral argument date 8/27 | 1.1 | $350.00 | $385.00 |
| 05/19/2020 | Christopher R. Newton | rec & review P's reply brief | 0.5 | $350.00 | $175.00 |
| 05/11/2020 | Christopher R. Newton | t/c to cl | 0.2 | $350.00 | $70.00 |
| 05/08/2020 | Christopher R. Newton | format and file brief | 2.5 | $100.00 | $250.00 |
| 05/08/2020 | Christopher R. Newton | final substantive edits to brief | 1.3 | $350.00 | $455.00 |
| 05/05/2020 | Christopher R. Newton | incorporate Veronica's edits to brief | 2.6 | $350.00 | $910.00 |
| 05/05/2020 | Veronica J Cook | Edit brief | 4 | $500.00 | $2,000.00 |
| 05/04/2020 | Veronica J Cook | Review appellant papers | 0.6 | $350.00 | $210.00 |
| 05/04/2020 | Christopher R. Newton | receive & incorporate Jay's edits to brief | 1.9 | $350.00 | $665.00 |

| Date of Service | Caseworker | Activity Details | Time Spent | Rate | Billed |
|---|---|---|---|---|---|
| 05/01/2020 | Christopher R. Newton | edit brief- send to Jay & Veronica for review | 2 | $350.00 | $ 700.00 |
| 05/01/2020 | Christopher R. Newton | drafting brief | 2.4 | $350.00 | $ 840.00 |
| 04/30/2020 | Christopher R. Newton | drafting brief | 1.7 | $350.00 | $ 595.00 |
| 04/29/2020 | Christopher R. Newton | drafting brief | 1 | $350.00 | $ 350.00 |
| 04/27/2020 | Christopher R. Newton | drafting brief | 2 | $350.00 | $ 700.00 |
| 04/21/2020 | Christopher R. Newton | drafting brief | 1.6 | $350.00 | $ 560.00 |
| 03/31/2020 | Christopher R. Newton | t/c from cl | 0.3 | $350.00 | $ 105.00 |
| 03/30/2020 | Christopher R. Newton | drafting brief | 1.5 | $350.00 | $ 525.00 |
| 03/27/2020 | Christopher R. Newton | drafting brief | 2.5 | $350.00 | $ 875.00 |
| 03/26/2020 | Christopher R. Newton | research & writing- brief | 1.6 | $350.00 | $ 560.00 |
| 03/26/2020 | Christopher R. Newton | review record, re-read P's brief | 1 | $350.00 | $ 350.00 |
| 03/25/2020 | Christopher R. Newton | download revised appendix | 0.5 | $100.00 | $ 50.00 |
| 03/23/2020 | Christopher R. Newton | request for deadline-draft and file | 0.5 | $350.00 | $ 175.00 |
| 03/18/2020 | Christopher R. Newton | re-read P's brief | 0.5 | $350.00 | $ 175.00 |
| 03/17/2020 | Christopher R. Newton | receive plaintiff's brief | 1 | $350.00 | $ 350.00 |
| 03/05/2020 | Christopher R. Newton | review proposed record from OC | 0.5 | $350.00 | $ 175.00 |
| 02/12/2020 | Christopher R. Newton | Mediation call | 1.7 | $350.00 | $ 595.00 |
| 02/12/2020 | Christopher R. Newton | CAMP prep meeting w cl | 1 | $350.00 | $ 350.00 |
| 02/10/2020 | Christopher R. Newton | mediation statement | 1.2 | $350.00 | $ 420.00 |
| 02/05/2020 | Christopher R. Newton | pre-mediation statement | 1 | $350.00 | $ 350.00 |
| 01/30/2020 | Christopher R. Newton | mediation prep | 0.9 | $350.00 | $ 315.00 |
| 01/30/2020 | Christopher R. Newton | ltr to cl | 0.2 | $350.00 | $ 70.00 |
| 01/06/2020 | Christopher R. Newton | t/c to cl | 0.1 | $350.00 | $ 35.00 |
| 12/30/2019 | Christopher R. Newton | t/c & ltr to cl | 0.4 | $350.00 | $ 140.00 |
| 12/30/2019 | Christopher R. Newton | P's motion for stay in Dist Ct | 0.2 | $350.00 | $ 70.00 |
| 12/27/2019 | Christopher R. Newton | Call from Circuit clerk- need to file notice of appearance by 1/16 | 0.3 | $350.00 | $ 105.00 |
| 12/19/2019 | Christopher R. Newton | t/c to OC | 0.1 | $350.00 | $ 35.00 |
| 12/16/2019 | Christopher R. Newton | t/c from Glenn Warmuth | 0.2 | $350.00 | $ 70.00 |
| 12/16/2019 | Christopher R. Newton | t/c to cl | 0.1 | $350.00 | $ 35.00 |
| | | | | TOTAL | $29,030.00 |

| Caseworker | Year Admitted to First Bar | Rate |
|---|---|---|
| Christopher R. Newton | 2013 | $350.00 |
| Veronica J Cook | 2007 | $500.00 |
| Franklin H. Romeo | 2006 | $500.00 |
| Christopher D. Lamb | 1987 | $500.00 |
| Edward Josephson | 1989 | $500.00 |